IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

FILED
DEC 2 7 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Civil Action No:
MDL 875

This Document Relates to:
DOYLE v. A.C. AND S., INC. as well as the other cases on the attached list

E.D. Pa. No:
08-89845

## ORDER

**AND NOW**, this 27th day of December, 2012, upon consideration of "Certain Defendants' Motion to Bar Those Witnesses Included in Cascino Vaughan Law Offices' ('CVLO') 'Site Workers by Job Sites for IL & WI Job Sites' and 'Site Worker Past Testimony by Jobsite for IL & WI Job Sites,' Where Witnesses Have Not Been Otherwise Properly Disclosed Against Defendants for Cases Included in CVLO 3, and All Supplements to the Same" (e.g. 08-89845, Doc. 162), the joinders, the response (e.g. 08-89845 Doc. 165), and the reply (e.g. 08-89845 Doc. 168), and after the December 10, 2012 oral argument on the motion, and for the reasons set out in the Memorandum filed this day, it is hereby **ORDERED** that:

1. all related motions for joinder are **GRANTED**; and

2. the Motion to Bar is **GRANTED** and the witnesses disclosed on the "Site Worker by Job Sites" and "Site Worker Past Testimony" lists and all supplements thereto are barred from testifying at the time of trial or from offering affidavits or declarations in opposition to Defendants' dispositive motions, unless those witnesses were otherwise properly disclosed.

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

## CASE LIST

| Last | First | Case Number | | |
|---|---|---|---|---|
| Doyle | James | 08-CV-89845 | | 3 |
| Haffner | Robert | 08-CV-89863 | | 3 |
| Larweth | Dennis | 08-CV-89914 | | 3 |
| Wilson | Harold | 08-CV-90732 | | 3 |
| Childs | Earl | 08-CV-91089 | | 3 |
| Suoja | Oswald | 09-CV-60256 | | 3 |
| Hass | Laverne | 09-CV-60267 | | 3 |
| Hass | Laverne | 09-CV-60298 | | 3 |
| Meagher | John | 09-CV-60445 | | 3 |
| Connell | Daniel | 09-CV-60552 | | 3 |
| Obermeier | Sylvester | 09-CV-61019 | | 3 |
| Schmoll | Cyril | 09-CV-61026 | | 3 |
| Morris | Michael | 09-CV-61495 | | 3 |
| Waltenberg | Claude | 09-CV-61499 | | 3 |
| Vradenburg | Stanley | 09-CV-62185 | | 3 |
| Woods | James | 09-CV-62583 | | 3 |
| Willocks | Tommy | 09-CV-64701 | | 3 |
| Stephens | John | 09-CV-64733 | | 3 |
| Rickey | Marvin | 10-CV-61345 | | 3 |
| Lorentz | Eugene | 10-CV-61348 | | 3 |
| Sutherlin | James | 10-CV-64565 | | 3 |
| Collins | Arthur | 10-CV-64567 | | 3 |
| Louis | Richard | 10-CV-64606 | | 3 |
| Ahnert | Daniel | 10-CV-67443 | | 3 |
| Held | Donald | 10-CV-67814 | | 3 |
| Binder | Robert | 10-CV-67817 | | 3 |
| Jakubowski | Florian | 10-CV-67831 | | 3 |
| Andris | Arthur | 10-CV-67885 | | 3 |
| Hakes | Donald | 10-CV-68063 | | 3 |

Certificate of Service

**MAILED:**

| | | |
|---|---|---|
| BILLEE WARD | JAMES CULHANE | MICHAEL CIESLEWICZ |
| BRIAN FIELDS | JAMES WHEELER | MICHAEL HENNIG |
| BRUCE KAMPLAIN | JENNIFER FARDY | RICHARD BOLTON |
| C. KOEBELE | JEROME KRINGS | RICHARD STEINKEN |
| CHARLES BOHL | JOEL POOLE | ROBERT HALEY |
| CHRISTOPHER RAISTRICK | JOHN DIXON | STACEY SENECZKO |
| D. GLOOR | JOSHUA MURPHY | STEPHEN KRAVIT |
| DANIEL FARROLL | K. CAREY | STEPHEN MAASSEN |
| DANIEL OVERBEY | KARL KOONS | STEVEN CELBA |
| DAVID BARTEL | KENNETH GORENBERG | STEVEN SANDERS |
| DEAN PANOS | KEVIN LONG | SUSAN GUNTY |
| DENNIS DOBBELS | KRISTIN ACHTERHOF | THADDEUS STANKOWSKI |
| DEREK SMITH | LAURA O'CONNELL | TIMOTHY FAGAN |
| DONALD BROAD | MATTHEW LEE | VANI SINGHAL |
| FRANCIS MORRISSEY | MELISSA SKILKEN | VICTOR LAZZARETTI |
| | | WILLIAM HASSLER |

**E-MAILED:**

| | | |
|---|---|---|
| ADAM LAGOCKI | J. BRADLEY | NEAL MCQUEENEY |
| AMANDA SUMMERLIN | J. MALONEY | NICOLE BEHNEN |
| AMIEL GROSS | JAMES CARTER | OLLIE HARTON |
| ANDREW DETHERAGE | JAMES MORRISON | PATRICK LAMB |
| BRADLEY BULTMAN | JAMES NIQUET | PAUL O'FLAHERTY |
| BRETT LARSEN | JAMES WYNNE | PETER MCKENNA |
| BRIAN WATSON | JASON KENNEDY | RAYMOND FOURNIE |
| BRYAN SKELTON | JEFFREY HEBRANK | RICHARD LAUTH |
| C. DOUGLAS | JENNIFER KALAS | ROBERT MCCOY |
| C. EVERT | JENNIFER STUDEBAKER | ROBERT RILEY |
| CAROL ZUCKERMAN | JOHN BABIONE | ROBERT SPINELLI |
| CATHERINE MOHAN | JOHN CANONI | ROGER HEIDENREICH |
| CHRISTI JONES | JOHN FONSTAD | RONALD AUSTIN |
| CHRISTOPHER LARSON | JOHN HELLER | RONALD HACK |
| CHRISTOPHER P.BANASZAK | JOHN WALLER | SARAH MILLER |
| CLARE MAISANO | JONATHAN MATTINGLY | SCOTT HENRY |
| CRAIG LILJESTRAND | JOSEPH SULLIVAN | SCOTT SIMPKINS |
| CRAIG TURET | JOSHUA LEE | SHAWANE LEE |
| CYNTHIA LOCKE | KATHERINE SPITZ | SHAWN BABIUCH |
| DANIEL CHEELY | KENT PLOTNER | SHEILA BIRNBAUM |
| DANIEL GRIFFIN | KEVIN KNIGHT | STEVEN BARBER |
| DANIEL JARDINE | KIRK HARTLEY | SUSAN MEHRINGER |
| DANIEL LONG | KNIGHT ANDERSON | TEIRNEY CHRISTENSON |
| DANIEL MANNA | KURTIS REEG | THOMAS GILLIGAN |
| DANIEL MCGRATH | LANCE MUELLER | THOMAS GONZALEZ |
| DANIEL TRACHTMAN | LAURIE RANDOLPH | THOMAS HAYES |
| DAVID DOGAN | LISA DILLMAN | THOMAS KERNELL |
| DAVID SETTER | MAJA EATON | THOMAS NORBY |
| DAVID YBARRA | MARK FELDMANN | THOMAS ORRIS |
| DEMETRA CHRISTOS | MARK SAMPSON | THOMAS SCHRIMPF |
| DENNIS CANTRELL | MARK TIVIN | TIMOTHY KAPSHANDY |
| DONALD CARLSON | MARTIN SCHWARTZ | TIMOTHY PAGEL |
| DOUGLAS KING | MATTHEW FISCHER | TIMOTHY PIKE |
| EDWARD CASMERE | MICHAEL ANTIKAINEN | TOBIN TAYLOR |
| EDWARD MCCAMBRIDGE | MICHAEL BERGIN | TREVOR WILL |
| EMILY ZAPOTOCNY | MICHAEL CASCINO | WALTER WATKINS |
| ERIC CARLSON | MICHAEL DENNING | WILLIAM CROKE |
| GERMAINE WILLETT | MICHAEL DRUMKE | WILLIAM MAHONEY |
| GREGORY LYONS | MICHAEL ROSENBERG | WILLIAM SMITH |
| | MITCHELL MOSER | WILLIS TRIBLER |